# EXHIBIT 1

| STATE OF SOUTH DAKOTA | IN CIRCUIT COURT |
|---|---|
| COUNTY OF UNION | FIRST JUDICIAL CIRCUIT |
| CURA INDUSTRIES, LLC<br><br>Plaintiff,<br><br>vs.<br><br>SUNNY MAKHIJANI, DPM and MY FOOT PODIATRY PLLC<br><br>Defendant. | Case No.<br><br>63CIV26-000111<br><br><u>COMPLAINT</u> |

COMES NOW Plaintiff, Cura Industries, LLC, a South Dakota limited liability company with its principal place of business at 370 W. Anchor Drive Suite 300, Dakota Dunes, South Dakota 57049 ("Cura"), for their Complaint against Defendants Sunny Makhijani, DMP ("Sunny") and My Foot Podiatry PLLC ("My Foot") (collectively, "Defendants"), and hereby states and alleges as follows:

1.    Cura is engaged in marketing, selling and distributing certain human cell and tissue products (the "Products") pursuant to a Fulfillment Agreement by and between Cura and Sunny dated January 13, 2025 (the "Agreement").

2.  In the alternative, Cura engaged in marketing, selling, and distributing the Products pursuant to a Fulfillment Agreement between Cura and My Foot.

3.  Defendants are purchasers of the Products and entered into the Agreement to purchase human cell and tissue products.

4.  Following the execution of the Agreement, Defendants began receiving and using the Products. As Cura received confirmation that the Products were used, it issued invoices to the Defendants.

5.  Defendants failed to make full payment on invoices issued to them. To date, Defendants have outstanding unpaid invoices in the amount of $158,238.49 ("Outstanding Balance").

6.  Despite repeated demand, Defendants failed and refused to pay for the Products, thus materially breaching the Agreement.

7.  Accordingly, Defendants are indebted to Cura in the principal amount of $158,238.49, plus prejudgment interest and the costs of this action.

8.  The Parties agreed that any judicial proceeding arising out of the Agreement shall be governed by South Dakota law.

2

WHEREFORE, Cura respectfully requests judgment against Defendants in the principal amount of $158,238.49, plus prejudgment and post-judgment interest and costs as allowed by the Agreement and the law.

DATED at Omaha, Nebraska, this 17th day of March, 2026.

**CURA INDUSTRIES, LLC,**
**Plaintiff**

By: /s/ Jay D. Koehn
    Jay D. Koehn SD Bar #5312
    McGrath North Mullin &
    Kratz, PC LLO
    First National Tower, Ste 3700
    1601 Dodge Street
    Omaha, Nebraska 68102
    (402) 341-3070
    (402) 341-0216 fax
    jkoehn@mcgrathnorth.com

**ATTORNEYS FOR PLAINTIFF**

3

| STATE OF SOUTH DAKOTA<br><br>COUNTY OF UNION | IN CIRCUIT COURT<br><br>FIRST JUDICIAL CIRCUIT |
|---|---|
| CURA INDUSTRIES, LLC<br><br>Plaintiff,<br><br>vs.<br><br>SUNNY MAKHIJANI and MY FOOT PODIATRY PLLC,<br><br>Defendant. | Case No.<br><br>63CIV26-000111<br><br><u>SUMMONS</u> |

THE STATE OF SOUTH DAKOTA TO DEFENDANT MY FOOT PODIATRY PLLC, GREETINGS:

YOU ARE HEREBY SUMMONED AND REQUIRED to serve upon McGrath North Mullin & Kratz PC LLO, Plaintiffs' attorneys, whose address is 1601 Dodge Street, Suite 3700, in the City of Omaha, Douglas County, Nebraska, zip code 68102, an Answer to the Complaint which is herewith served upon you, within thirty (30) days after service of this Summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the Complaint.

DATED at Omaha, Nebraska, this 17th day of March, 2025.

**CURA INDUSTRIES, LLC,**
**Plaintiff**

By: */s/ Jay D. Koehn*
    Jay D. Koehn SD Bar #5312
    McGrath North Mullin &
    Kratz, PC LLO
    First National Tower, Ste 3700
    1601 Dodge Street
    Omaha, Nebraska 68102
    (402) 341-3070
    (402) 341-0216 fax
    jkoehn@mcgrathnorth.com

**ATTORNEYS FOR PLAINTIFFS**

2

| STATE OF SOUTH DAKOTA<br><br>COUNTY OF UNION | IN CIRCUIT COURT<br><br>FIRST JUDICIAL CIRCUIT |
|---|---|
| CURA INDUSTRIES, LLC<br><br>      Plaintiff,<br><br>vs.<br><br>SUNNY MAKHIJANI and MY FOOT PODIATRY PLLC,<br><br>      Defendant. | Case No.<br><br>63CIV26-000111<br><br><u>SUMMONS</u> |

THE STATE OF SOUTH DAKOTA TO DEFENDANT SUNNY MAKHIJANI, GREETINGS:

YOU ARE HEREBY SUMMONED AND REQUIRED to serve upon McGrath North Mullin & Kratz PC LLO, Plaintiffs' attorneys, whose address is 1601 Dodge Street, Suite 3700, in the City of Omaha, Douglas County, Nebraska, zip code 68102, an Answer to the Complaint which is herewith served upon you, within thirty (30) days after service of this Summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the Complaint.

DATED at Omaha, Nebraska, this 17th day of March, 2025.

**CURA INDUSTRIES, LLC,**
**Plaintiff**

By: */s/ Jay D. Koehn*
    Jay D. Koehn SD Bar #5312
    McGrath North Mullin &
    Kratz, PC LLO
    First National Tower, Ste 3700
    1601 Dodge Street
    Omaha, Nebraska 68102
    (402) 341-3070
    (402) 341-0216 fax
    jkoehn@mcgrathnorth.com

**ATTORNEYS FOR PLAINTIFFS**

2