**UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH DAKOTA**
**SOUTHERN DIVISION**

|  |  |
|---|---|
| CURA INDUSTRIES, LLC,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>SUNNY MAKHIJANI and MY FOOT PODIATRY PLLC,<br><br>　　　　　Defendants. | Case No.: 4:26-cv-04079-CCT<br><br><br>**DEFENDANTS' JOINT**<br>**DISCLOSURE STATEMENT** |

Pursuant to Federal Rules of Civil Procedure 7.1, and Local Rule 7.1.1, Defendants My Foot Podiatry PLLC and Sunny Makhijani, by and through their undersigned counsel, hereby disclose as follows:

1. Sunny Makhijani is a citizen of the state of New York.

2. My Foot Podiatry PLLC is a citizen of New York with its sole member being Sunny Makhijani.

3. My Foot Podiatry PLLC does not have a parent company and no publicly held corporation owns any stock in it.

Dated this 1st day of May, 2026.

BALLARD SPAHR LLP

By: /s/ *Timothy R. Rahn*
Timothy R. Rahn (4871)
101 South Reid Street, Suite 302
Sioux Falls, SD  57103
Telephone:  (605) 978-5200
Email: rahnt@ballardspahr.com
*Attorneys for Defendants*

#4913-9764-6502 v1                              2