**UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH DAKOTA**
**SOUTHERN DIVISION**

| | |
|---|---|
| CURA INDUSTRIES, LLC,<br><br>         Plaintiff,<br><br>  v.<br><br>SUNNY MAKHIJANI and MY FOOT<br>PODIATRY PLLC,<br><br>         Defendants. | Case No.: 4:26-cv-04079-CCT<br><br><br>**DEFENDANTS' JOINT MOTION TO<br>DISMISS PURSUANT TO<br>FED. R. CIV. P. 12(B)(2)** |

Defendants Sunny Makhijani and My Foot Podiatry PLLC, by and through their undersigned counsel, respectfully move to dismiss this action pursuant to Federal Rule of Civil Procedure 12(b)(2). This motion is supported by the brief and declaration submitted herewith.

May 8, 2026                                      BALLARD SPAHR LLP


By:  /s/ *Timothy R. Rahn*
      Timothy R. Rahn (4871)
      101 South Reid Street, Suite 302
      Sioux Falls, SD  57103
      Telephone:  (605) 978-5200
      Email: rahnt@ballardspahr.com
      *Attorneys for Defendants*