**UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH DAKOTA**
**SOUTHERN DIVISION**

| | |
|---|---|
| CURA INDUSTRIES, LLC, <br><br> Plaintiff, <br><br> v. <br><br> SUNNY MAKHIJANI and MY FOOT PODIATRY PLLC, <br><br> Defendants. | Case No.: 4:26-cv-04079-CCT <br><br><br> **DECLARATION OF SUNNY MAKHIJANI IN SUPPOR OF DEFENDANTS' JOINT MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(B)(2)** |

I, Sunny Makhijani, hereby declare as follows:

1.      I am a named defendant in the above-entitled action and am the principal and sole member of the named entity defendant, My Foot Podiatry, PLLC ("My Foot"). I make this declaration based on personal knowledge of the facts stated herein and am competent to testify to the same.

2.      I am a resident of the State of New York and only practice medicine in New York.

3.      My Foot is incorporated in New York and only performs services in New York.

4.      In January 2025, I engaged Stella Sweeney of NYC Wound to procure certain medical products for my practice. Ms. Sweeney found Plaintiff as a manufacturer of such products and completed the paperwork necessary to order the same.

5.      I did not sign any agreement with Plaintiff on behalf of myself or My Foot.

6.      My Foot and I do not conduct business in South Dakota.

7.      All communications and transactions relevant to the allegations were conducted through a distributor located in New York. I did not initiate, direct, or conduct business activities in South Dakota, nor did I purposefully avail myself of the laws or market of South Dakota.

I declare under penalty or perjury pursuant to the laws of the United States that the foregoing is true and correct.

Executed on the 8th of May 2026, in New York City, New York.


_/s/ *Sunny Makhijani*_____
Dr. Sunny Makhijani