**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH DAKOTA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| CURA INDUSTRIES, LLC, | ) | **CASE NO. 4:26-cv-04079-CCT** |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | **RULE 7.1 DISCLOSURE STATEMENT** |
| SUNNY MAKHIJANI & MY FOOT PODIATRY PLLC, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Cura Industries, LLC makes the following disclosure: Cura Industries, LLC is a South Dakota limited liability company whose members are: Alec Hannah, a citizen of Tennessee and Ronnie Merchant, a citizen of South Dakota.

Dated: May 14, 2026.          CURA INDUSTRIES, LLC, Plaintiff

/s/ *Britni A. Summers*
Britni A. Summers, #5483
Jay D. Koehn #5312 (*Pro Hac Vice*)
McGrath North Mullin & Kratz, PC LLO
First National Tower, Suite 3700
1601 Dodge Street
Omaha, NE  68102
(402) 341-3070
bsummers@mcgrathnorth.com
jkoehn@mcgrathnorth.com

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 14, 2026, I electronically filed the foregoing with the Clerk of Court using CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ Britni A. Summers
Britni A. Summers