**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| CURA INDUSTRIES, LLC, | ) | **CASE NO. 4:26-cv-04079-CCT** |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | **DECLARATION OF RONNIE** |
| SUNNY MAKHIJANI & MY FOOT | ) | **MERCHANT IN OPPOSITION TO** |
| PODIATRY PLLC, | ) | **DEFENDANTS' JOINT MOTION TO** |
| | ) | **DISMISS** |
| Defendants. | ) | |
| | ) | |
| | ) | |

I, Ronnie Merchant, declares under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

1. My name is Ronnie Merchant

2. I am over 18 years of age and I am competent to testify to the facts set forth herein.

3. The facts herein are based on my personal knowledge.

4. I am a member of Cura Industries, LLC ("Cura") and serve as its Chief Operating Officer.

5. I am one of the custodians of Cura business records.

6. Attached hereto as Exhibit "A" is a true and correct copy of the Customer Onboarding Agreement and Fulfillment Agreement between Sunny Makhijani and Cura dated January 13, 2025.

7. Exhibit A was made at or near January 13, 2025; it is kept by Cura in the normal course of its business; and Cura regularly executes and keeps Customer Onboarding Agreements and Fulfillment Agreements between itself and its customers.

8. Attached hereto as Exhibit "B" is a true and correct copy of an email chain with attachments, whose most recent email is dated January 22, 2025, from Cura to, among others, Stella Sweeney.

9. Exhibit B was made on January 22, 2025 and it is kept by Cura in the normal course of its business.

10. Exhibit B contains an email dated January 22, 2025 at 8:48 am from Stella Sweeney to Cura that attached an Order Form. A true and correct copy of the Order Form sent by Stella Sweeney to Cura on January 22, 2025 is also one of the attachments to Exhibit B.

11. One of the other attachments to Exhibit B is the FedEx label showing that the items ordered for Sunny Makhijani was shipped to 245 East 54th Street, New York, New York, 10022.

I declare under the penalty of perjury that the foregoing is true and accurate to the best of my knowledge and understanding.

Executed this 29 day of May, 2026.

Ronnie Merchant

2