

# CUSTOMER ONBOARDING AGREEMENT

Distributor _____
Name _____
Email _____
Cell _____

## Customer Information

PROVIDER NAME _____  TAX ID# _____

PRACTICE NAME _____

SHIP TO ADDRESS _____

CONTACT NAME _____

CONTACT PHONE _____

TELEPHONE _____

FAX _____

EMAIL _____

HOW DO YOU BILL?    GROUP NPI # _____  INDIVIDUAL NPI # _____

BILL TO ADDRESS _____

AP CONTACT NAME _____

AP PHONE _____

AP EMAIL _____

### CLAIMS PROCESSOR INFORMATION

CONTACT NAME _____
EMAIL _____
TELEPHONE _____

**FAX FORM TO:** 888-701-1157 **OR EMAIL TO:** orders@curaindustries.co

**EXHIBIT**

**A**

PAGE 1 OF 4



# FULFILLMENT AGREEMENT

This Fulfillment Agreement ("Agreement") is entered into as of this _____ day of _____, 20_____ (the "Effective Date") between Cura Industries and ("Customer").

Provider Name _____

Office Address _____

## Background

The Customer wishes to purchase and Cura Industries has agreed to sell to Customer human cell and tissue products, subject to the following terms.

 Now, therefore, the parties agree as follows:

1. **Product Prices.** Product means the human cell and tissue products offered by Cura Industries as described in Schedule A, as such Schedule may be modified from time to time. The Invoice Price for each Product is the price stated for that Product in Schedule A.

2. **Insurance Verification.** Customer agrees to utilize Cura Industries Insurance Verification Request form (IVR) prior to ordering and using Products.

3. **Order Fulfillment.** After Customer submits an IVR and receives confirmation of patient's benefits, the Customer places an order and Cura Industries accepts the order in its sole discretion, ships the order and generates an Invoice, which will reflect that the Customer has agreed to purchase the Products identified on the order and the terms of the purchase. Cura Industries shall, on Customer's behalf, promptly pack and ship the Products identified on the order for delivery to the Customer using second-day delivery. Cura Industries shall provide delivery status information from the carrier to the Customer for shipment.

4. **Product Usage.** After receiving Product(s), Customer will treat the patient as medically necessary. After each treatment, Customer will complete the Cura Industries Graft Application Log and fax such Log to Cura Industries. Customer and Cura Industries acknowledge that use of any Product is at the sole discretion of the treating provider, pursuant to his or her professional medical judgment.

5. **Discount Qualification.** The Customer agrees to use two (2) or more Products in a given month which will qualify Customer for a discount of 40 % of the invoice price on all Products on that invoice. Customer agrees to fully and accurately report all amounts paid and discounts earned hereunder to Medicare, Medicaid and all other federal and state health care programs and third-party payers as -required by the discount safe harbor to the anti-kickback statute, 42 CFR 1001.952(h), and other applicable laws or agreements, and to provide copies of this Agreement and all other applicable information provided by Cura Industries related to this Agreement and the amounts paid and discounts earned hereunder to representatives of these programs and other third-party payers upon their request.



# FULFILLMENT AGREEMENT

6. **Invoices & Payment.** At the end of each month, Cura Industries will develop and deliver an Invoice to Customer that identifies the Products ordered in the preceding month and the Customer's outstanding balance, which shall reflect the Invoice Price of the Products ordered and not yet paid by the Customer, as well as any rebates that the Customer has earned as of the date of the invoice, and any other charges or credits on the Customer's account to date. Customer agrees to pay Cura Industries the balance due amount stated in each Invoice within sixty (60) days of the date of the Invoice. Customer agrees to provide Credit Card Authorization for payment of all invoices.

7. **Miscellaneous.** This Agreement contains the entire agreement between the Parties concerning the subject matter hereof and is governed by South Dakota law. This agreement may be amended or modified only by a written agreement signed by both parties.

Executed as of the Effective Date.

Cura Industries _____ By ____Alec Hannah - CEO____

Customer _____ By _____



**Credit Card Authorization**

## CREDIT CARD AUTHORIZATION FORM

Please sign and complete this form to authorize Cura Industries to apply charges to your credit card listed below. By signing this form, you grant Cura Industries permission to charge the credit card below for each graft shipped after 60 days.

Please complete the information below:

I _____ (Full Name) authorize Cura Industries to charge the credit

card account indicated below 60 days after the shipment of all product(s).

## CREDIT CARD AUTHORIZATION

NAME ON CARD _____ CARD TYPE: ❑ AMEX   ❑ VISA   ❑ MASTERCARD

CREDIT CARD NUMBER _____ EXP. DATE _____ CVV _____

EMAIL _____ SIGNATURE _____ DATE _____

I authorize the above named business to charge the credit card indicated in this authorization form according to the terms outlined above. This payment authorization is for the goods/services described above. I certify that I am an authorized user of this credit card and that I will not dispute the payments with my credit card company so long as the transaction corresponds to the terms indicated in this form. Credit card payments will incur a processing fee of 3.5% per transaction.

**CURA INDUSTRIES**

370 W. ANCHOR DRIVE, SUITE 300  |  DAKOTA DUNES, SD 57049   |  WWW.CURAINDUSTRIES.CO
CUSTOMER SERVICE 888-248-8698  |  ORDERS orders@curaindustries.co  |  FAX 888-701-1157

PAGE 4 OF 4

CIOBF7.24_V2