

**Cura Orders <orders@curamedicalsolutions.com>**

## Fw: new Sunny order

1 message

---

**Cura Orders** <orders@curamedicalsolutions.com>                    Wed, Jan 22, 2025 at 10:33 AM
To: "billing@curamedicalsolutions.com" <billing@curamedicalsolutions.com>, "jhobza@curamedicalsolutions.com"
<jhobza@curamedicalsolutions.com>, "stellasweeney718@gmail.com" <stellasweeney718@gmail.com>,
"sunny@equinoxmedicine.com" <sunny@equinoxmedicine.com>

Orders

Cura Medical Solutions

370 W. Anchor Drive Suite 300

Dakota Dunes, SD 57049



---

**From:** Cura Orders <orders@curaindustries.co>
**Sent:** Wednesday, January 22, 2025 10:18 AM
**To:** orders@curamedicalsolutions.com <orders@curamedicalsolutions.com>
**Subject:** FW: new Sunny order

Cura Orders

712.898.1931



---

**From:** Stella Sweeney <stellasweeney718@gmail.com>
**Date:** Wednesday, January 22, 2025 at 8:48 AM
**To:** Cura Orders <orders@curaindustries.co>

**EXHIBIT**

**B**

**Cc:** Alec Hannah <Alec@curaindustries.co>
**Subject:** new Sunny order

Attached. Thx!

---

**3 attachments**

 **PB_1_23 (1).pdf**
52K

 **Shipment 13.pdf**
43K

**2025-01-22T16_31_22-FedEx-Shipping-Label.pdf**
9K





**Order Form**
**orders@curaindustries.co**

REQUESTING PROVIDER _____

ORDER DATE _____

PROVIDER PHONE _____

PATIENT NAME / CASE ID _____

EMAIL _____

DATE OF SERVICE _____

### *Effective Q1 2025*

| Product | Product Code | Product Description | Product Size | Invoice Price | Quantity |
|---|---|---|---|---|---|
| XCell Amnio Matrix™ **Q4280** | XAM - 0202 | Xcell Amnio Matrix | 2 cm x 2 cm | $8,241.59 | |
| | XAM - 0204 | Xcell Amnio Matrix | 2 cm x 4 cm | $16,483.18 | |
| | XAM - 0404 | Xcell Amnio Matrix | 4 cm x 4 cm | $32,966.35 | |
| | XAM - 0407 | Xcell Amnio Matrix | 4 cm x 7 cm | $57,691.12 | |

*The prices reflected on this order form may be subject to a discount and may trigger reporting obligations to Federal health care programs, as may be defined in the executed fulfillment agreement.

*Invoice Prices are subject to change by CMS without notice.

**CURA MEDICAL**
370 W. ANCHOR DRIVE, SUITE 300  |  DAKOTA DUNES, SD 57049  |  WWW.CURAINDUSTRIES.CO
CUSTOMER SERVICE 888-248-8698  |  ORDERS orders@curaindustries.co  |  FAX 888-701-1157

CMOFXAM12.24_V6

# Packing Slip

Cura Medical Solutions
370 W Anchor Dr
Dakota Dunes, SD 57049-5273
USA

| DATE | ORDER # |
|---|---|
| 1/22/2025 | 13 |

| BILL TO |
|---|
| Sunny Makhijani, DPM<br>My Foot Podiatry PLLC<br>245 E 54th St<br>Suite 23J<br>New York, NY 10022 |

| SHIP TO |
|---|
| Sunny Makhijani, DPM<br>My Foot Podiatry PLLC<br>245 E 54th St<br>Suite 23J<br>New York, NY 10022<br><br>sunny@equinoxmedicine.com<br>(516) 969-0888 |

| Item | Description | Shipped |
|---|---|---|
| XAM-0404 | Lyophilized Amnio Matrix 4cm x 4cm<br>S/N: TGAX24F029058<br>S/N: TGYH24F019065 | 2 |
| XAM-0407 | Lyophilized Amnio Matrix 4cm x 7cm<br>S/N: NLTB24070035090<br>S/N: NLTB24070035088 | 2 |

PB DOS 01/24/25

Purchase Order:

Shipped Via:

Tracking Number:

Received By: _____

Date: _____

ORIGIN ID:SUXA      (712) 253-5340
RONNIE MERCHANT
370 W ANCHOR DR

NORTH SIOUX CITY, SD 57049
UNITED STATES US

SHIP DATE: 22JAN25
ACTWGT: 2.00 LB
CAD: 202000828/INET4535

BILL SENDER

TO **SUNNY MAKHIJANI**
**MY FOOT PODIATRY**
**245 EAST 54TH STREET**

**NEW YORK NY 10022**
(516) 969-0888                REF:
INV:
PO:                           DEPT:



FedEx Express

THU - 23 JAN 10:30A
PRIORITY OVERNIGHT

TRK# **7716 0266 2223**
0201

10022

**XE JRBA**        NY-US  EWR